3,576-15

ANDREW LEE JACKSON #621203
Coffield Unit
2661 FM 2054
Tennessee Colony, TX 75884

August 24, 2015


Clerk
Court of Criminal Appeals
Supreme Court Building
201 W. 14th Street - Rm 106
Austin, Texas 78701

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 0 1 2015

Abel Acosta, Clerk

RE:  ANDREW LEE JACKSON VS. CARTER THOMPSON, Respondent
     WRIT OF MANDAMUS


Dear Clerk:

Please find enclosed the original copy of my Writ of Mandamus to be filed with
The Court of Criminal Appeals.

Thank you for your assistance in this matter.

Sincerely,

ANDREW LEE JACKSON


ALJ/
Encls.
cc: File

IN THE

COURT OF CRIMINAL APPEALS

OF

THE STATE OF TEXAS

| | | |
|---|---|---|
| ANDREW LEE JACKSON, | § § § § § | |
| Relator, Pro Se | | |
| | | |
| VS. | § § | CAUSE NO'S F-91-04916-IL & F-92-02256-IL |
| | § | |
| CARTER THOMPSON, | § | |
| CRIMINAL DISTRICT JUDGE, | § | |
| CRIMINAL DISTRICT COURT NO. 5 | § | |
| DALLAS COUNTY, TEXAS | § | |
| Respondent | | |

## PETITION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now Andrew Lee Jackson, relator, and files this application for Writ of Mandamus directing Carter Thompson, respondent, to Rule on Applicant's Motion For An Order Appointing An Expert Handwriting Document Examiner in the above Cause Numbers. In support of this application, relator shows the Court the following:

I.

On: March 30, 2015, relator filed an Motion For An Order Appointing An Expert Handwriting Document Examiner to examine and attest to findings of deliberate forgery of the original Arrest Warrants in the Cause Numbers by the Affiant, Richard Bender, a Police Detective of Grand Prairie, Texas, who knowingly forged said instruments, which said discovery recently made of this flagrant outrageous police misconduct established in Applicant's -

-1-

Motion along with factual (recent) Exhibits in order to comfirm said forgery by An Handwriting Document Examiner in order to present further proceedings of this newly discovered evidence extablished by an handwriting document examiner with Habeas Corpus proceedings to this Honorable Court without any further impediment of Court No. 5 of Dallas County in pursuant to Article 11.07 §3(d), 26.04, 26.05, 1.051(d)(3), 1149, and the opening clause of 28 U.S.C.A. 2254 (e)(2), as stated in Applicant's Motion For An Order Appointing An Expert Handwriting Document Examiner-filed on: March 30, 2015 in Court No. 5.

## II.

Relator would show this Honorable Court that he has on (2) occassions inquired of the Dallas County Court No. 5 of the status of the above stated Motion without ever receiving any type of response. SEE: Exhiibts 1 & 2, attached herewith.

**SUPPORTING ARGUMENT:**

## III.

The relator has no adequate remedy of law to pursue the requested relief other than this application.

## IV.

This Court has jurisdiction to issue a Writ of Mandamus in this Cause under Article 5, Section 5 of the Texas Constitution and Article 4.04 of the Code of Criminal Procedure.

WHEREFORE, relator prays the Court grant this Application and issue a Writ of Mandamus directing Carter Thompson, Criminal District Court -

2-

No. 5 of Dallas County, Texas, Respondent to Rule on Applicant's Motion For An Order Appointing An Expert Handwriting Document Examiner in Cause Numbers F-91-04916-IL & F-92-02256-IL, filed with that court on: March 30, 2015, and any other relief this Honorable Court may deem neccessary in this particular proceeding.

Executed on: August 24 2015

/s/ _____
ANDREW LEE JACKSON/RELATOR/PRO SE

Andrew Lee Jackson #621203
Coffield Unit
2661 FM 2054
Tennessee Colony, TX 75884

### DECLARATION

I, Andrew Lee Jackson, TDCJ-ID NO.621203, presently incarcerated in the Texas Department of Criminal Justice-Institutional Division verify and declare under penaly of perjury the foregoing statements are true and correct.

Executed on: August 24 ,2015

/s/ _____
ANDREW LEE JACKSON/RELATOR/
PRO SE

### CERTIFICATE OF SERVICE

I verify that a true and correct copy of this instrument was mailed to the Respondent by way of the Dallas District Clerk's Office by 1st class U.S. Mail on this 24th day of August, 2015.

/s/ _____
ANDREW LEE JACKSON/RELATOR/
PRO SE

**Page Three/Final**

EXHIBIT I

ANDREW LEE JACKSON #621203
Coffield Unit
2661 FM 2054
Tennessee Colony, TX 75884

April 27, 2015

Victoria Franklin
Official Court Reporter
Criminal District Court No. 5
133 N. Riverfront Blvd., 5th Floor
Dallas, Texas 75207

RE:  EX PARTE ANDREW LEE JACKSON: CAUSE NO'S F-91-04916-IL & F-92-02256-IL

Dear Ms. Franklin:

On: March 30, 2015, I sent you my: MOTION TO PROCEED IN FORMA PAUPERIS & APPLICANT'S
MOTION FOR AN ORDER APPOINTING AN EXPERT HANDWRITING DOCUMENT EXEAMINER & AFFIDAVIT
OF ANDREW LEE JACKSON & EXHIBITS ATTACHED THEREWITH - to be filed in  Court No. 5.

As of this date, I have had no reply from you of the filing of the above reference
proceedings and/or the Court's ruling in said motions.

Please notify me of the status of said proceedings.

Thank you for your kind assistance in the above matter.

Respectfully,

ANDREW LEE JACKSON

ALJ/
cc: File

**EXHIBIT II**

ANDREW LEE JACKSON
Coffield Unit
2661 FM 2054
Tennessee Colony, TX 75884

May 11, 2015

COURT CLERK
Criminal District Court No. <u>5</u>
133 N. Riverfront Blvd., 5th Floor
Dallas, Texas 75207

RE:  EX PARTE <u>ANDREW LEE JACKSON</u>: CAUSE NO'S <u>F=91-04916-IL</u> & <u>F-92-02256-IL</u>

SUBJECT: <u>FAILURE TO RESPOND</u>

ATTN: COURT REPORTER:

On: March 30, 2015, I sent a Motion to your Court Reporter to be filed with Court No. <u>5</u>.  Please see typed-written letter enclosed.

I've had no follow-up concerning this Motion in response to the enclosed letter.

Please check into this matter and notify me accordingly in regard to my Motion sent to your Court on: March 30, 2015.

Respectfully,

ANDREW LEE JACKSON

ALJ/
Encl.
cc: File